PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL GOINS, | ) | CASE NO. 1:10CV00924 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER | ) | |
| OF SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendant. | ) | **ORDER** (Resolving ECF No. 25) |

Before the Court is Plaintiff Paul Goins' ("Plaintiff") motion for an award of attorney fees in the amount of $2,000.00 pursuant to the Equal Access to Justice Act ("EAJA"). ECF No. 25. The Court referred the matter to Magistrate Judge George J. Limbert for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). ECF No. 26. The Magistrate Judge submitted a report recommending that the Court grants Plaintiff's motion for the award of attorney fees pursuant to the EAJA and award the amount of $2,000.00 for attorney fees. ECF No. 29. Defendant Commissioner of Social Security Administration responded that it "will not be objecting to this Honorable Court's Report and Recommendation Decision." ECF No. 30.

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a Report and Recommendation within fourteen (14) days after service. No objections have been filed within the 14-day period and the nonprevailing party has affirmatively informed the Court of its decision not to file an objection. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984);

(1:10CV00924)

*Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

      Accordingly, the Report & Recommendation of the magistrate judge is hereby adopted and Plaintiff Paul Goins' motion for an award of attorney fees in the amount of $2,000.00 pursuant to the Equal Access to Justice Act is granted.

      IT IS SO ORDERED.


December 6, 2011                          /s/ Benita Y. Pearson
Date                                        Benita Y. Pearson
                                                United States District Judge